USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                 :
RAHMEL CALDERON,                     :
                                                 :
                                     Plaintiff,   :
                                                 :            1:24-cv-08642-GHW
                          -against-          :
                                                 :                    <u>ORDER</u>
CLIPPER REALTY, INC., *et al.*,          :
                                                 :
                                   Defendants.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on November 14, 2024. Dkt. No. 3. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 28, 2024.

       SO ORDERED.

Dated: November 18, 2024
        New York, New York

                                                                 _____
                                                                         GREGORY H. WOODS
                                                                   United States District Judge