USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                              :
RAHMEL CALDERON,                   :
                              :
                              :
                 Plaintiff,    :                     1:24-cv-08642-GHW
                              :
            -against-          :                         ORDER
                              :
CLIPPER REALTY, INC., *et al.*,    :
                              :
               Defendants.   :
                              :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       As stated on the record during the conference held on February 21, 2025, the request by Defendants Gramercy Square Condominiums LLC, Douglas Elliman Commercial LLC, Joseph Guraj, Adel Nikocevic, and Alket Gjeci (collectively, the "Gramercy Defendants") for leave to file a motion to dismiss, Dkt. No. 10, is granted. The deadline for the Gramercy Defendants to file and serve their motion to dismiss is March 18, 2025. Plaintiff's opposition is due within twenty-one days following the date of service of Defendants' motion; the Gramercy Defendants' reply, if any, is due within fourteen days following the date of service of Plaintiff's opposition.

       Additionally, for the reasons stated on the record during the conference, discovery is stayed pending briefing and resolution of the anticipated motion to dismiss. The initial pretrial conference scheduled for February 26, 2025 is adjourned *sine die*.

       SO ORDERED.

Dated: February 23, 2025
       New York, New York

                                     _____
                                         GREGORY H. WOODS
                                     United States District Judge