```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                               :
RAHMEL CALDERON,                      :
                                               :
                       Plaintiff,   :       1:24-cv-08642-GHW
                                           :
                                           :           ORDER
         -against-             :
                                           :
CLIPPER REALTY, INC., *et al.*,     :
                       Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 23, 2025, the Court granted Gramercy Square Condominiums LLC, Douglas Elliman Commercial LLC, Joseph Guraj, Adel Nikocevic, and Alket Gjeci (collectively, the "Gramercy Defendants") leave to file a motion to dismiss. Dkt. No. 19. The Court set a briefing schedule. *Id.* Since then, the Court has extended the deadline for the Gramercy Defendants to file their motion to dismiss, or to otherwise answer the complaint, on four occasions. Dkt. Nos. 21, 23, 25, 27. In their most recent request for an extension, the Gramercy Defendants informed the Court that they would not be seeking any additional extensions. Dkt. No. 27.

The deadline for the Gramercy Defendants to file their motion to dismiss, or to otherwise answer the complaint, was July 22, 2025. As of the date of this order, the Gramercy Defendants have not file their motion to dismiss. Accordingly, the Court understands that the Gramercy Defendants have elected not to file a motion to dismiss.

The deadline for the Gramercy Defendants to answer the complaint has also expired. Although the Court is not extending the deadline to answer, the Court does not expect to find the

Gramercy Defendants in default prior to August 13, 2025.

    SO ORDERED.

Dated: August 5, 2025
       New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge