MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:_____         │
│ DATE FILED: 8/7//2025       │
└─────────────────────────────┘
```

**MEMORANDUM ENDORSED**



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

August 6, 2025

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Rahmel Calderon v. Clipper Realty, Inc., et al.*
               24-cv-08642-GHW

Dear Judge Woods:

    We are counsel for defendants Gramercy Square Condominium, LLC, Douglas Elliman Commercial, LLC, Joseph Guraj, Adel Nikocevic, and Alket Gjeci (collectively "Gramercy Defendants") in the above-referenced action. We are pleased to inform the Court that the parties have reached a settlement-in-principle. The parties therefore respectfully request the Court issue the usual 45-day order permitting a party to move to re-open in the event settlement is not completed.

    We thank the Court for its attention to this matter and remain at the Court's convenience.

                                                  Respectfully submitted,

                                                  Mark A. Beckman

Cc: All Counsel of Record (*via* ECF)

Application granted in part. The parties' August 6, 2025 letter does not address whether the settlement includes all defendants in this action. Unless Plaintiff informs the Court by August 9, 2025 that its intention is not to dismiss all claims against all defendants by way of the Court entering a 45-day order that conditionally discontinues this case, the Court will enter such 45-day order. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.

SO ORDERED.
Dated: August 7, 2025         _____
New York, New York           GREGORY H. WOODS
                                        United States District Judge